IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 09-00093-01-CR-W-ODS |
| MARVIN LOWELL RICHARDSON, | ) ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen, to which no objection has been filed, the plea of guilty to Count II of the Indictment is accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

/s/ Ortrie D. Smith
ORTRIE D. SMITH
United States District Judge

Kansas City, Missouri
September 2, 2009